1   DALE L. ALLEN, JR., State Bar No. 145279
    dallen@aghwlaw.com
2   MATTHEW T. MATEJCEK, State Bar No. 319147
    mmatejcek@aghwlaw.com
3   ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
    180 Montgomery Street, Suite 1200
4   San Francisco, CA  94104
    Telephone:    (415) 697-2000
5   Facsimile:    (415) 813-2045

6   Attorneys for Defendant
    STEPHEN VUONG

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  CUIHUA LUO, an individual,            Case No. 3:22-cv-02981-TSH

12              Plaintiff,                **JOINT STATUS REPORT**

13       v.                              Hon. Thomas S. Hixson
    STEPHEN VUONG, an individual
14                                       Trial: Not Set
                Defendant.
15

16

17         Pursuant to the Court's Order (Dkt. No. 50), the parties to jointly submit this Status

18  Report.

19  **PROCEDURAL STATUS**

20       **Plaintiff's statement:**

21         This is an unlawful seizure case. Plaintiff investor alleges that Defendant police officer

22  unlawfully seized Plaintiff's approximately $10 million cryptocurrency. Defendant police officer

23  denies the allegation and claims that the seizure was first consensual and later authorized by a

24  state court warrant issued by a Contra Costa County judge.

25         Most recently, the Contra Costa County DA declined prosecution of any alleged

26  wrongdoing arising from Plaintiff's purchase of the underlying cryptocurrency from various

27  online cryptocurrency exchanges.

28         On February 9, 2024, Hon. Rebecca Hardie at the Contra Costa Superior Court ordered

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

645661.1

the cryptocurrency released and "vacate "the state court warrant.

The Defendant Pollice officer, however, obtain a different warrant from a federal judge.

Plaintiff believes this is judge-shopping to delay the release of property to Plaintiff; Defendant believes this is legitimate law enforcement activity. Plaintiff's undersigned counsel is working on, similarly, quashing the federal warrant.

In sum, the case is not at issue, and the parties respectfully the Court continue staying this case, pending Plaintiff's efforts to quashing the federal warrant.

**Defendant's statement:**

Plaintiff filed her operative, First Amended Complaint on August 20, 2022, alleging one cause of action for unlawful seizure. (Dkt. No. 15). Defendant filed his operative, first amended answer on November 28, 2022 (Dkt. No. 41).

The parties participated in a Settlement Conference before Magistrate Judge Sallie Kim on November 30, 2022.  The case did not settle. (Dkt. No. 42). On December 18, 2023, Judge Thomas S. Hixson vacated the pretrial and trial deadlines. (Dkt. No. 45).

## RELATED STATE COURT PROCEEDING

**Plaintiff's statement:**

The Contra Costa County DA having declined prosecution of any alleged wrongdoing arising from Plaintiff's purchase of the underlying cryptocurrency from various online cryptocurrency exchanges, on February 9, 2024, Hon. Rebecca Hardie at the Contra Costa Superior Court ordered the cryptocurrency released and "vacate "the state court warrant.

**Defendant's statement:**

Plaintiff filed a motion to unseal and quash the underlying state-level search warrant in Contra Costa Superior County on December 1, 2022. At a hearing on February 9, 2024, the Court denied the motion to unseal and quash the state search warrant.

## PLAINTIFF'S STATEMENTS

Plaintiff believes Defendant Police Officer has repeatedly engaged in judge-shopping to delay the release of property to Plaintiff. Now that the state-warrant has been removed, Plaintiff's undersigned counsel is working on, similarly, quashing the federal warrant.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

645661.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   For example, Plaintiff has Defendant to provide contact information of the federal law

2   enforcement allegedly overseeing the federal warrant. Defendant refused to provide even the

3   email or phone number of the federal officers alleged involved.

4   **DEFENDANT'S STATEMENTS**

5   Originally scheduled to be heard on December 28, 2022, the matter has been rescheduled

6   multiple times to accommodate Plaintiff. She is a Chinese national and may come testify at the

7   hearing. According to counsel for Plaintiff, she has applied for a visa to come to the United States

8   to address the state court proceeding but has been denied twice. It is Defendant's position that

9   Plaintiff must be present in person for any trial on this matter.

10  On September 28, 2023, a federal seizure order was signed by United States Magistrate

11  Judge Moxila Upadhaya of the District of Columbia to freeze and seize the funds of Plaintiff's

12  Binance account. On October 6, 2023, Binance was served with a copy of the federal warrant and

13  seizure order. An amended seizure order was obtained and subsequently re-served on Binance to

14  correct a typo in an ID number for the account.

15  It is Defendant's understanding that the funds from the Binance account have now been

16  fully transferred over to the Department of Justice pursuant to the seizure order.

17  **JOINT STATEMENTS**

18  The parties request that trial and pre-trial deadlines be reset following the vacating of the

19  February 2024 trial as part of the Court's most recent Order (Dkt. 45).

20                              Respectfully submitted,

21

22  Dated:  March 1, 2024              ALLEN, GLAESSNER,
                                      HAZELWOOD & WERTH, LLP

23

24  By: _*/s/ Dale L. Allen, Jr.*_____
                                      DALE L. ALLEN, JR.

25                                    MATTHEW T. MATEJCEK
                                      Attorneys for Defendant

26                                    STEPHEN VUONG

27

28

JOINT STATUS REPORT
3:22-CV-02981-TSH

645661.1

1

2   Dated:  March 1, 2024                        APTUM LAW

3

4                                               By:    /s/ Zheng Liu
                                                     ZHENG LIU
5                                                    JINGYI GUO
                                                     Attorneys for Defendant
6                                                    CUIHUA LUO

7                                                    STEPHEN VUONG

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

4

645661.1