UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUIHUA LUO,<br><br>            Plaintiff,<br><br>   v.<br><br>STEPHEN VUONG,<br><br>            Defendant. | Case No. 22-cv-02981-TSH<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO SEEK LEAVE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 57 |

On October 25, 2024, Plaintiff Cuihua Luo filed an administrative motion requesting the Court extend the time for her to seek leave to amend her complaint, stating Defendant Police Officer recently caused a different federal district court (the U.S. District Court for the District of Columbia) to issue a different search warrant against the identical property on which this lawsuit is based, Plaintiff's undersigned counsel is being admitted into that district court in two weeks, and Plaintiff will thereafter request this case be transferred to the D.C. District Court. ECF No. 57. However, pursuant to the June 14, 2024 Case Management Order, the deadline to seek leave to amend was October 17, 2024. ECF No. 56. Accordingly, if Plaintiff seeks to amend her complaint, she must first show "good cause" for the amendment under Federal Rule of Civil Procedure 16(b) and, second, if good cause is shown, she must demonstrate the amendment is proper under Rule 15. *See Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 608 (9th Cir. 1992). As Plaintiff has not made this showing, the Court **DENIES** her administrative motion. If Plaintiff seeks to file an amended complaint, she must file a motion in compliance with Civil Local Rule 7-2 and Federal Rules of Civil Procedure 15 and 16.

     **IT IS SO ORDERED.**

Dated: October 30, 2024

THOMAS S. HIXSON
United States Magistrate Judge